Richard F. McGinty, OSB 86071
P.O. Box 12806
Salem, OR 97309
503-371-9636
Fax: 503-371-2879
richard@mcginty-belcher.com
Attorney for Plaintiff Judith D. Lopez

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JUDITH D. LOPEZ**,   Case No.: 3:15-cv-00406-YY

    Plaintiff,   **ORDER**

v.

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

This Court, having considered Plaintiff's Motion for 406b fees and the supporting documentation, and having considered the Defendant's response, now finds that Plaintiff's motion is well taken. This Court awards 406b Attorney fees in the amount of $6,304.36 ($11,027 less $4,722.64 - putative EAJA fee) to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds amount is a reasonable fee for the services rendered. The agency is directed to send to Plaintiff's attorney, at his current address shown above, the § 406(b) fee check. Any amount not paid and remaining after all administrative costs and court fees are paid shall thereafter be released to the

Plaintiff.

DATED this 17th day of April 2017.

/s/Youlee Yim You
United States Magistrate Judge

ORDER APPROVING § 406B ATTORNEY FEES                     3:15-cv-00406-YY

Page 2